# EXHIBIT A

## [FILED UNDER SEAL]