# EXHIBIT B

## [FILED UNDER SEAL]