# EXHIBIT D

**[FILED UNDER SEAL]**