# EXHIBIT I

AHMSI
AMERICAN HOME MORTGAGE INC
Servicing at a higher power

P.O. Box 631730
Irving, TX 75063-1730

6353.19 Interest Last year

# Annual Escrow Analysis Statement

3704 ✓

78

JEFFREY S PARKER
3746 TORRES CIR
WEST PALM BEACH FL 33409-7858

JAN 2010

**PLEASE NOTE:**

Currently, your escrow account has a shortage of $1,292.60. A payment coupon for this sum is enclosed.

Prepared: JAN 9, 2009 **LOAN NUMBER:** [redacted]

## Frequently Asked Questions

American Home Mortgage Servicing, Inc. (AHMSI) is providing you with this statement as a detailed analysis of the activity related to your escrow account. Deposits into your escrow account are built into your monthly mortgage payments and those sums are held in reserve for future disbursements for your property taxes and/or insurance.

**Q. Why do escrow deposits change?**
When changes in your taxes and/or insurance occur or your escrow account is short, your escrow deposit will adjust resulting in a new monthly payment.

**Q. How often are escrowed loans analyzed?**
AHMSI analyzes contractually current escrowed loans once every 12 months to determine the appropriate monthly escrow deposit. Additional analysis or payment adjustments may be necessary when significant changes in disbursement amounts of escrowed items occur.

**Q. What does an analysis reveal?**
An analysis determines if adjustments need to be made to the escrow deposit based on escrow disbursements in an upcoming year. If AHMSI has disbursed an amount higher than anticipated for any escrowed item(s), generally a shortage is created and a payment coupon will accompany the analysis. If AHMSI disbursed an amount lower than anticipated for any escrowed item(s), generally an overage is created and a check may accompany the analysis.

**Q. Is a cushion in an escrow account necessary?**
Yes, AHMSI requires a two month escrow cushion, where permitted by state law, to protect against unanticipated disbursements.

**Q. How is a shortage collected?**
Shortages are collected over a 12 month period.

**Q. How can you get additional information on your escrow account?**
If you need more information, please contact us at 877.304.3100 or visit our Web site at www.ahmsi3.com.

## YOUR MONTHLY MORTGAGE PAYMENT

| CURRENT MONTHLY MORTGAGE PAYMENT | | MONTHLY MORTGAGE PAYMENT EFFECTIVE 03/01/2009 | |
|---|---|---|---|
| Principal & Interest (P&I) | $340.83 | Principal & Interest (P&I) | $340.83 |
| Escrow Account Deposit | $0.01 | Escrow Account Deposit | $68.88 |
| | | Deficiency/Shortage/Surplus: | $107.72 |
| Total Monthly Payment | $340.84 | New Total Monthly Payment: | $517.43 |

Difference between current payment and new monthly payment: 176.59.

### NEW ESCROW DEPOSIT BREAKDOWN

| ESCROW ITEM | ANNUAL EXPENSE | MONTHLY DEPOSIT* |
|---|---|---|
| HAZARD INS | $826.51 | $68.88 |
| TOTAL | $826.51 | $68.88 |

*The figures in this section are based on a division by twelve to get your monthly total and may be rounded up or down to the nearest penny.

## YOUR ESCROW ACCOUNT PROJECTION

### PROJECTED AMOUNT FROM 03/2009 through 02/2010

| MONTH | PAID IN TO ESCROW | PAID OUT FROM ESCROW | DESC. | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| | Beginning Escrow Account Balance: | | | **810.49-** | **482.11** |
| MAR/09 | 68.88 | | | 741.61- | 550.99 |
| APR/09 | 68.88 | | | 672.73- | 619.87 |
| MAY/09 | 68.88 | | | 603.85- | 688.75 |
| JUN/09 | 68.88 | | | 534.97- | 757.63 |
| JUL/09 | 68.88 | | | 466.09- | 826.51 |
| AUG/09 | 68.88 | | | 397.21- | 895.39 |
| SEP/09 | 68.88 | 826.51 | HAZARD INS. | 1,154.84- | 137.76 |
| OCT/09 | 68.88 | | | 1,085.96- | 206.64 |
| NOV/09 | 68.88 | | | 1,017.08- | 275.52 |
| DEC/09 | 68.88 | | | 948.20- | 344.40 |
| JAN/10 | 68.88 | | | 879.32- | 413.28 |
| FEB/10 | 68.88 | | | 810.44- | 482.16 |

ABen NO CAN'T

Return Sept. 2008

Sept 08

949-790-8505 - FAX
Delete Escrow
5-7 Business Days

1-860-278-9939 Jas Deposit

This communication is from a debt collector but does not imply that American Home Mortgage Servicing, Inc. is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended solely for informational purposes and does not constitute a demand for payment.

Under Federal Law, your lowest monthly balance in the next twelve months should not exceed $137.76 or 1/6th of total anticipated payments from the account, unless your mortgage contract or State law specifies a lower amount. Your actual lowest monthly balance is $1,154.84-. The items with an asterisk in your account history may explain this. For a further explanation, call 877.304.3100.

AHMSI AMERICAN HOME MORTGAGE INC Servicing at a higher power

# Annual Escrow Analysis Statement - Page 2

Prepared: JAN 9, 2009 **LOAN NUMBER:** [redacted]

## YOUR ESCROW ACCOUNT HISTORY

*** HISTORY IS NOT AVAILABLE ***

At American Home Mortgage Servicing, Inc., we appreciate your business and look forward to continuing our successful relationship.

Below is a payment coupon to be used to pay the shortage in your escrow account.

C803455 13870ESSH3

---

AHMSI AMERICAN HOME MORTGAGE INC Servicing at a higher power

647-E

**ESCROW SHORTAGE PAYMENT COUPON**

**Loan Number** [redacted]

**Total Shortage Amount**
**$1,292.60**

If you wish to pay the shortage amount in full, please send this coupon, along with a check made out to American Home Mortgage Servicing, Inc. for the total amount as listed in the box above. Please be sure to include your loan number on your check.

If we receive your shortage payment before 02/08/09, we will adjust your new monthly mortgage payment to eliminate the shortage amount of $107.72 a month. Your monthly mortgage payment, effective 03/01/2009, would then be $409.71.

Borrower Name: JEFFREY S PARKER

Address: 3746 TORRES CIR
WEST PALM BEACH FL 33409

American Home Mortgage Servicing, Inc.
Escrow Only Payments
PO Box 660029
Dallas, TX 75266-0029

00224538496 01292606