# EXHIBIT M

**[FILED UNDER SEAL]**