UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 15-23840-CIV-MARTINEZ-GOODMAN**

JEFFREY PARKER and SANDRA PARKER,
individually and on behalf of all similarly
situated,
    Plaintiffs,

vs.

AHMSI INSURANCE AGENCY INC. d/b/a
BELT LINE INSURANCE AGENCY, et al.,
    Defendants.
_____/

## ORDER GRANTING MOTION TO FILE UNDER SEAL

THIS CAUSE came before the Court upon Plaintiffs' Unopposed Motion to File Document Under Seal [ECF No. 100]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. Plaintiffs' Unopposed Motion to File Document Under Seal [ECF No. 100] is **GRANTED**.

2. The unredacted version of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions to Dismiss Amended Complaint (the "Sealed Document") [ECF No. 62] shall remain under seal until such time as the court alters the confidentiality provisions contained in the Court's Protective Order [ECF No. 45] or until the conclusion of the case. Within 14 days of the expiration of the seal, Plaintiffs shall file a motion regarding how the Sealed Document should be handled.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of July, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record