UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 15-23840-CIV-MARTINEZ-GOODMAN

**JEFFREY PARKER** and **SANDRA PARKER**,
*et al.*, individually and on behalf of all others
similarly situated,

       Plaintiffs,

   v.

**AHMSI INSURANCE AGENCY INC.** d/b/a
**BELT LINE INSURANCE AGENCY,** *et al.*,

       Defendants.
_____/

## PLAINTIFFS' MOTION TO FILE RESPONSE TO THE QBE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.1 and the CM/ECF procedures of this Court, Plaintiffs respectfully move for leave to file a response to the Notice of Subsequent Authority filed by the QBE Defendants on July 11, 2016 [ECF No. 108] (the "Notice"), which attached the decision on the motion to dismiss in *Fowler v. Caliber Home Loans, Inc.*, No. 15-24542-CIV-GOODMAN, (S.D. Fla. July 8, 2016) (Goodman, M.J.).[1]

The QBE Defendants argue that *Fowler* involves the "same issues" as this case with respect to the filed-rate doctrine and "may be relevant to the Court's consideration of the matters raised by the QBE Defendants' motion." [ECF No. 108 at 1]. Plaintiffs disagree and would like

---

[1] On May 2, 2016, the QBE Defendants filed a prior Notice of Subsequent Authority which related to the decision in *Patel v. Specialized Loan Servicing LLC*, --- F. Supp. 3d ---, No. 15 Civ. 62600, 2016 WL 1663827 (S.D. Fla. Apr. 25, 2016). *See* [ECF No. 89]. Plaintiffs, however, distinguished *Patel* in their memorandum of law in opposition to the motions to dismiss. *See* [ECF No. 98 at 21]. Accordingly, the instant request pertains only to *Fowler.*

1

the opportunity to present to the Court why *Fowler* is distinguishable and does not offer guidance to this Court.

## CONCLUSION

Accordingly, pursuant to S.D. Fla. L.R. 7.1 (c), Plaintiff requests that the Court grant leave for Plaintiffs to file a response to the QBE Defendants' Notice of Subsequent Authority [ECF No. 108].

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to the S.D. Fla. L.R. 7.1(a)(3), Plaintiffs certify that they conferred with counsel for the QBE Defendants prior to filing this motion, and the QBE Defendants oppose this Motion.

Dated: August 1, 2016　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/Adam M. Schachter*
　　　　　　　　　　　　　　　　　　　　ADAM M. SCHACHTER
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 647101
　　　　　　　　　　　　　　　　　　　　aschachter@gsgpa.com
　　　　　　　　　　　　　　　　　　　　DAN S. GELBER
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 512877
　　　　　　　　　　　　　　　　　　　　dgelber@gsgpa.com
　　　　　　　　　　　　　　　　　　　　JARRED L. REILING
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 93930
　　　　　　　　　　　　　　　　　　　　jreiling@gsgpa.com
　　　　　　　　　　　　　　　　　　　　GELBER SCHACHTER & GREENBERG, P.A.
　　　　　　　　　　　　　　　　　　　　1221 Brickell Avenue, Suite 2010
　　　　　　　　　　　　　　　　　　　　Miami, Florida 33131-3224
　　　　　　　　　　　　　　　　　　　　Telephone:  (305) 728-0950
　　　　　　　　　　　　　　　　　　　　Facsimile:   (305) 728-0951
　　　　　　　　　　　　　　　　　　　　E-service efilings@gsgpa.com

　　　　　　　　　　　　　　　　　　　　*Liaison Counsel for Plaintiffs*

> MARK A. STRAUSS (*pro hac vice*)
> mstrauss@kmllp.com
> THOMAS W. ELROD (*pro hac vice*)
> telrod@kmllp.com
> KIRBY McINERNEY, LLP
> 825 Third Avenue, 16th Floor
> New York, New York 10022
> Telephone:  (212) 371-6600
> Facsimile:   (212) 751-2540
>
> *Lead Counsel for Plaintiffs*
>
> Herman J. Russomanno, III
> herman2@russomanno.com
> RUSSOMANNO & BORRELLO, P.A.
> Museum Tower – Penthouse 2800
> 150 West Flagler Street
> Miami, Florida  33130
> Telephone: (305) 373-2101
> Facsimile:  (305) 373-2103
>
> *Counsel for Plaintiff April Thelwell*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of August, 2016, a true and correct copy of the foregoing is being electronically filed with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Adam M. Schachter*
ADAM M. SCHACHTER

## SERVICE LIST

FELIX J. LOPEZ, ESQ.
flopez@dlclegal.com
DiBELLO & LOPEZ, P.A.
1550 Madruga Avenue, Suite 504
Coral Gables, Florida 33146
Telephone: (305) 668-8870
Facsimile: (305) 668-8892

*Attorneys for AHMSI Insurance Agency, Inc. d/b/a Belt Line Insurance Agency*

BRIAN W. TOTH, ESQ.
brian.toth@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue., Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

KATHERINE L. HALLIDAY, ESQ.
khalliday@buckleysandler.com
BUCKLEYSANDLER LLP
1250 24th Street NW, Suite 700
Washington, DC 20037
Telephone: (202) 349-8000

ROSS E. MORRISON, ESQ.
rmorrison@buckleysandler.com
BUCKLEYSANDLER LLP
1133 Avenue of the Americas, Suite 3100
New York, NY 10036
Telephone: (212) 600-2315

*Attorneys for Defendants QBE Financial Institution Risk Services Inc., QBE Insurance Corporation, and QBE Specialty Insurance Company*

EDWARD SOTO, ESQ.
Edward.soto@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3177
Facsimile: (305) 374-7159

DAVID J. LENDER, ESQ.
david.lender@weil.com
KEVIN F. MEADE, ESQ.
kevin.meade@weil.com
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants WL Ross & Co., LLC, WLR AHM Co-Invest, L.P., WLR IV Parallel ESC, L.P., WLR Recovery Fund III, L.P., WLR Recovery Fund IV, L.P., WLR/GS Master Co-Investment, L.P.*

COREY LEE, ESQ.
leec@hunton.com
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

BRIAN V. OTERO, ESQ.
botero@hunton.com
RYAN A. BECKER, ESQ.
rbecker@hunton.com
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, NY 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100

*Attorneys for Defendant Homeward Residential Holdings, Inc.*

                                        */s/Adam M. Schachter*
                                        ADAM M. SCHACHTER