UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 15-23840-CIV-MARTINEZ-GOODMAN**

JEFFREY PARKER and SANDRA PARKER,
*et al.*, individually and on behalf of all similarly situated,
    Plaintiffs,

vs.

AHMSI INSURANCE AGENCY INC. d/b/a
BELT LINE INSURANCE AGENCY, *et al.*,
    Defendants.
_____/

## ORDER STAYING DISCOVERY

THIS CAUSE came before upon Defendants' Joint Motion to Stay Discovery Pending the Court's Decision on Defendants' Motion to Dismiss (the "Motion") [ECF No. 53]. The Court has reviewed the Motion, Plaintiffs' opposition [ECF No. 66], Defendants' reply [ECF No. 79], and Defendants' supplemental authority [ECF Nos. 89 and 110]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that Defendants' Joint Motion to Stay Discovery Pending the Court's Decision on Defendants' Motion to Dismiss [ECF No. 53] is **GRANTED**. Discovery is stayed pending a ruling by this Court on the pending motions to dismiss.

DONE AND ORDERED in Chambers at Miami, Florida, this 2 day of September, 2016.

                                                                JOSE E. MARTINEZ
                                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record