UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 15-23840-CIV-MARTINEZ-GOODMAN**

JEFFREY PARKER and SANDRA PARKER,
*et al.*, individually and on behalf of all similarly
situated,
    Plaintiffs,

vs.

AHMSI INSURANCE AGENCY INC. d/b/a
BELT LINE INSURANCE AGENCY, *et al.*,
    Defendants.
_____/

## ORDER STAYING CASE

THIS CAUSE came before the Court upon the Notice of Supplemental Authority filed by Defendants QBE Financial Institution Risk Services Inc., QBE FIRST Insurance Agency, Inc., QBE Insurance Corporation, and QBE Specialty Company (collectively, the "QBE Defendants") [ECF No. 108]. Such notice submitted as supplemental authority Magistrate Judge Goodman's Order on Motions to Dismiss in *Fowler v. Caliber Home Loans, Inc.*, Case Number: 15-24542-CIV-GOODMAN. The QBE Defendants note that such order addresses some of the same issues as those raised by them, including the impact of the filed-rate doctrine on the claims asserted by Plaintiffs in this case.[1] Magistrate Judge Goodman entered an Amended Order on Motions to Dismiss[2] that has been appealed. Because *Fowler* concerns some of the same issues that have been raised by each motion to dismiss in this case, the Court finds that staying this case would conserve both the Court's and the parties' resources.

---

[1] Each motion to dismiss filed in this case asserts that Plaintiffs' claims are barred by the filed-rate doctrine.

[2] This order is virtually identical to the original order except for a few sentences of his 45-page order were slightly modified or added.

After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. This case is **STAYED** pending the Eleventh Circuit's decision in *Fowler v. Caliber Home Loans, Inc.*, Case Number 16-16585-HH.

2. The QBE Defendants shall notify this Court within five (5) days of the Eleventh Circuit's decision in *Fowler*.

3. This case is **ADMINISTRATIVELY CLOSED** for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of July, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record