UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-23840-MARTINEZ/GOODMAN

JEFFREY PARKER et al.,

        Plaintiffs,
v.

AHMSI INSURANCE AGENCY INC. et al.,

        Defendants.
_____/

**NOTICE OF ELEVENTH CIRCUIT'S DECISION IN**
***FOWLER v. CALIBER HOME LOANS, INC.***

Pursuant to the Court's July 20, 2017 Order Staying Case, ECF No. 118, Defendants QBE Financial Institution Risk Services Inc., QBE FIRST Insurance Agency, Inc., QBE Insurance Corporation, and QBE Specialty Company hereby notify the Court that on September 24, 2018, the United States Court of Appeals for the Eleventh Circuit issued its decision in *Fowler v. Caliber Home Loans, Inc.*, No. l6-16585. That decision, attached hereto as Exhibit A, affirms the district court decisions below and holds that the filed-rate doctrine bars claims premised on an alleged lender-placed insurance "kickback" scheme.

Dated: September 28, 2018                       Respectfully Submitted,

                                                  /s/ Brian W. Toth
                                                  Brian W. Toth
                                                  Florida Bar No. 57708
                                                  brian.toth@hklaw.com
                                                  **Holland & Knight LLP**
                                                  701 Brickell Avenue, Suite 3300
                                                  Miami, Florida 33131
                                                  Tel: (305) 789-7510
                                                  Fax: (305) 789-7799

Ross E. Morrison
rmorrison@buckleysandler.com
**Buckley Sandler LLP**
1133 Avenue of the Americas, Suite 3100
New York, NY 10036
Tel: (212) 600-2315
Fax: (212) 600-2405

Katherine L Halliday
khalliday@buckleysandler.com
**Buckley Sandler LLP**
1250 24th Street NW, Suite 700
Washington, DC 20037
Tel:  (202) 461-2996
Fax:  (202) 349-8080

*Attorneys for Defendants QBE Financial Institution Risk Services Inc., QBE FIRST Insurance Agency, Inc., QBE Insurance Corporation, and QBE Specialty Insurance Company*

**CERTIFICATE OF SERVICE**

I certify that on September 28, 2018, I filed this document with the Clerk of the Court using CM/ECF, which will serve this document on all on counsel of record.

/s/ Brian W. Toth
Brian W. Toth

#60988319_v1