UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15- 23840-CV-MARTINEZ/GOODMAN

**JEFFREY PARKER** and **SANDRA PARKER**,
*et al.*, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**AHMSI INSURANCE AGENCY INC.** d/b/a
**BELT LINE INSURANCE AGENCY,** *et al.*,

    Defendants.
_____/

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM**

    Plaintiffs respectfully move for leave to file a supplemental memorandum of no more than five pages, attached as exhibit A, regarding the decision in *Patel v. Specialized Loan Servicing, LLC (Fowler v. Caliber Home Loans, Inc.)*, No. 16-12100, 2018 WL 4559091 (11th Cir. Sept. 24, 2018) ("*Fowler*"), with respect to the filed-rate doctrine.

    By order dated July 19, 2017 [ECF No. 118], this Court stayed the instant action pending outcome of the appeal in *Fowler*. On September 28, 2018, defendants filed a notice [ECF No. 119] that the *Fowler* decision had been issued.

    Good cause exists for the relief sought because Plaintiffs believe that this case is factually distinguishable from *Fowler* and, additionally, that the analytical framework set forth by the Court in *Fowler* compels rejection of Defendants' filed-rate arguments on the pending motions to dismiss.

    Defendants oppose this request, stating that "Defendants do not consent because *Fowler* addresses the impact of the filed-rate doctrine on the claims asserted by plaintiffs in this case (*see*

Order Staying Case, dated July 20, 2017, Dkt. No. 118), and the Eleventh's Circuit's opinion in *Fowler* on that issue is dispositive and mandates dismissal of plaintiffs' claims here. Further briefing therefore is unnecessary. If the Court grants plaintiffs' motion, defendants request leave to file a joint memorandum in opposition of equal length."

Should the Court grant Defendants' request to file an opposition, Plaintiffs hereby additionally request leave to file a reply of up to three pages in length.

## CONCLUSION

Accordingly, pursuant to S.D. Fla. L.R. 7.1(c), Plaintiffs request that the Court grant leave for Plaintiffs to file a supplemental memorandum regarding *Fowler* and to file a reply should the Court permit Defendants to file an opposition.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to the Local Rules for the United States District Court for the Southern District of Florida, Plaintiffs certify that they conferred with counsel for Defendants prior to filing this motion, and Defendants do not consent to the relief sought in this motion as stated above.

Dated: October 4, 2018  /s/Adam M. Schachter
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
DAN S. GELBER
Florida Bar No. 512877
dgelber@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131-3224
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
E-service efilings@gsgpa.com

*Liaison Counsel for Plaintiffs*

MARK A. STRAUSS
mstrauss@kmllp.com
THOMAS W. ELROD
telrod@kmllp.com
KIRBY McINERNEY, LLP
825 Third Avenue, 16th Floor
New York, New York 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 4th day of October 2018, a true and correct copy of the foregoing is being electronically filed with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Adam M. Schachter*
ADAM M. SCHACHTER

## SERVICE LIST

Felix J. Lopez
flopez@dlclegal.com
DiBELLO & LOPEZ, P.A.
1550 Madruga Avenue, Suite 504
Coral Gables, Florida 33146
Telephone: (305) 668-8870
Facsimile: (305) 668-8892

*Attorneys for Beltline Road Insurance Agency, f/k/a AHMSI Insurance Agency, Inc.*

Brian W. Toth
brian.toth@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

Katherine L. Halliday
khalliday@buckleysandler.com
BUCKLEYSANDLER LLP
1250 24th Street NW, Suite 700
Washington, DC 20037
Telephone: (202) 349-8000

Ross E. Morrison
rmorrison@buckleysandler.com
BUCKLEYSANDLER LLP
1133 Avenue of the Americas, Suite 3100
New York, NY 10036
Telephone: (212) 600-2315

*Attorneys for Defendants QBE First Insurance Agency, Inc. f/k/a ZC Sterling Insurance Agency, Inc., QBE Financial Institution Risk Services Inc., QBE Insurance Corporation, and QBE Specialty Insurance Company*

Edward Soto
Edward.soto@weil.com
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3177
Facsimile: (305) 374-7159

David J. Lender
david.lender@weil.com
Kevin F. Meade
kevin.meade@weil.com
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants WL Ross & Co., LLC, WLR AHM Co-Invest, L.P., WLR IV Parallel ESC, L.P., WLR Recovery Fund III, L.P., WLR Recovery Fund IV, L.P., WLR/GS Master Co-Investment, L.P.*

Corey A. Lee
leec@hunton.com
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

Brian V. Otero
botero@hunton.com
Ryan A. Becker
rbecker@hunton.com
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, NY 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100

*Attorneys for Defendants Homeward Residential Holdings, Inc. and David M. Friedman*

          */s/Adam M. Schachter*
          ADAM M. SCHACHTER