UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number:  15-23840-CIV-MARTINEZ-GOODMAN**

JEFFREY PARKER and SANDRA PARKER,
individually and on behalf of all others similarly
situated,

      Plaintiffs,

v.

AHMSI INSURANCE AGENCY, INC., d/b/a
BELTLINE INSURANCE AGENCY, et al.,

      Defendants.

_____/

## <u>ORDER ON NOTICE OF SETTLEMENT</u>

THIS CAUSE came before the Court upon the parties' Joint Motion for an Enlargement of Time to Conduct Scheduling Conference, (ECF No. 189), which indicates that the parties have reached a settlement in principle but need an additional thirty days to finalize and memorialize the terms of said settlement.  Accordingly, it is:

**ORDERED AND ADJUDGED** as follows:

1.      The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before <u>60 days of the date of this Order</u>**.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

2.      Should the parties fail to finalize the settlement in principle, the parties shall jointly

file a notice apprising the Court of such and a motion to reopen the case. Any motions not yet ruled upon would then be reinstated on the docket.

      3.      The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

      4.      The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

      DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of August, 2021.

      JOSE E. MARTINEZ
      UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record

2