**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

JEFFREY PARKER and SANDRA PARKER,
individually and on behalf of all others similarly
situated,

        Plaintiffs,

    v.                                       Case No.:  1:15-cv-23840-JEM

AHMSI INSURANCE AGENCY, INC. D/B/A
BELT LINE INSURANCE AGENCY, et al,

        Defendants.

                                            /

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), by and between all appearing parties and their counsel, that all claims and causes of action of Plaintiffs Jeffrey and Sandra Parker, Gerald and Shelia Nungester and Brennan and Amanda O'Connor against Defendants Homeward Residential, Inc., WL Ross & Co. LLC, WLR AHM Co-Invest, L.P., WLR/GS Mater Co-Investment, L.P., WLR Recovery Fund III, L.P., WLR Recovery Fund IV, L.P., and WLR IV Parallel ESC, L.P., and David M. Friedman are voluntarily DISMISSED with prejudice and without costs.

Dated:  November 12, 2021

Respectfully submitted,

By: */s/ Herman J. Russomanno III*
Herman J. Russomanno
Fla. Bar No.240346
hrussomanno@russomanno.com
Robert J. Borrello
Fla. Bar No. 764485
rborrello@russomanno.com
Herman J. Russomanno III
Fla. Bar No. 21249
herman2@russomanno.com
RUSSOMANNO & BORRELLO, P.A.
Museum Tower - Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: 305.373.2101
Facsimile: 305.373.2103

*Liaison Counsel for Plaintiffs*

Mark A. Strauss (admitted *pro hac vice*)
MARK A. STRAUSS LAW, PLLC
555 Madison Ave, Fifth Floor
New York, NY 10022
Tel: 212.729.9496
Email: Mark.strauss@markastrausslaw.com

Ira M. Press
Thomas W. Elrod (admitted *pro hac vice*)
KIRBY MCINERNEY LLP
250 Park Avenue, Suite 820
New York, New York 10177
Tel: 212.371.6600
Email: ipress@kmllp.com
Email: telrod@kmllp.com

*Counsel for Plaintiffs*

By: /s/ *Dain A. De Souza*
Dain A. De Souza
Florida Bar No. 93708
HUNTON ANDREWS KURTH LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: 305.810.2500
Facsimile: 305.810.2460
Email: ddesouza@HuntonAK.com

Brian V. Otero (admitted *pro hac vice)*
Ryan A. Becker (admitted *pro hac vice)*
HUNTON ANDREWS KURTH LLP
200 Park Avenue, 52nd Floor
New York, New York 10166
Telephone: 212.309.1000
Facsimile: 212.309.1100
Email: botero@hunton.com
Email: rbecker@hunton.com

*Attorneys for Defendant*
*Homeward Residential, Inc. and David M.*
*Friedman*

By: */s/ Darin Anthony DiBello*
Darin Anthony DiBello
FASI & DIBELLO, P.A.
150 S.E. 2nd Avenue, Suite 1010
Miami, Florida 33131
Telephone: 305.537.0469
Facsimile: 305.503.7405
Email: dibello@fasidibellowlaw.com

*Attorneys for Defendant AHMSI Insurance*
*Agency Inc.*

By: */s/ Manual Adrian Miranda*
Manual Adrian Miranda
HOLLAND & KNIGHT LLP
701 Brickell Avenue
Suite 3300
Miami, Florida 33131
Telephone: 305.789.7645
Email: manual.miranda@hklaw.com

Ross E. Morrison
YANKWITT LLP
140 Grand Street, Suite 705
White Plains, NY 10601
Telephone: 914.686.1500
Email: ross@yankwitt.com

Katherine L. Halliday
BUCKLEY LLP
1250 24th Street, NW
Suite 700
Washington, DC 20037
Telephone: 202.349.8000
Email: khalliday@buckleyfirm.com

*Attorneys for Defendants QBE Insurance*
*Corporation and QBE Specialty Insurance*
*Company*

By: */s/ Kevin Meade*
David J. Lender
Kevin Meade
WEIL GOTSHAL & MANGES, LLP
767 5th Avenue
New York, New York 10153-0119
Telephone: 212.310.8153
Facsimile: 212.310.8007
Email: david.lender@weil.com
Email: kevin.meade@weil.com

Edward Soto
WEIL GOTSHAL & MANGES LLP
1395 Brickell Avenue
Suite 1200
Miami, Florida 33131
Telephone: 305.577.3177
Facsimile: 305.374.7159
Email: edward.soto@weil.com

*Attorneys for Defendants WL Ross & Co.,*
*LLC, WLR AHM Co-Invest, L.P., WLR IV*
*Parallel ESC, L.P., WLR Recovery Fund III,*
*L.P., WLR Recovery Fund IV, L.P., and*
*WLR/GS Master Co-Investment, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, I served the foregoing on all counsel of record registered with the Court's ECF system, by electronic service via the Court's ECF transmission facilities.

 /s/ Herman J. Russomanno III